**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

WINDY LUCIUS,                                  CASE NO. 1:20-cv-20798-RNS

         Plaintiff,

v.

PETSMART, INC.,

         Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant PetSmart, Inc. ("Defendant"), by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Windy Lucius and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated this 8th day of April 2020.

                                                             Respectfully submitted,

                                                             */s/ Beth S. Joseph*
                                                             Anne Marie Estevez
                                                             Florida Bar No. 991694
                                                             Email: anne.estevez@morganlewis.com
                                                             Beth S. Joseph
                                                             Florida Bar No. 0062952
                                                             Email: beth.joseph@morganlewis.com
                                                             Morgan, Lewis & Bockius LLP
                                                             200 South Biscayne Boulevard
                                                             Suite 5300
                                                             Miami, FL 33131-2339
                                                             Telephone: 305.415.3330
                                                             Facsimile: 877.432.9652

                                                             *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on April 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                     */s/ Beth S. Joseph*
                                                                     Beth S. Joseph

## SERVICE LIST

Juan Courtney Cunningham
8950 SW 74th Court
Suite 2201
Miami, FL 33156
3053512014
Email: cc@cunninghampllc.com

DB1/ 113004843.1