**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WINDY LUCIUS,                                              CASE NO. 1:20-cv-20798-RNS

        Plaintiff,

v.

PETSMART, INC.,

        Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

    Plaintiff, Windy Lucius ("Plaintiff") and Defendant PetSmart, Inc. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with* prejudice.  The Parties shall bear their own attorneys' fees, costs, and expenses.  A copy of the Order of Dismissal with Prejudice is attached hereto as Exhibit "A".  All Parties consent to the form and content of this Stipulation and Order.

    Dated this <u>11th</u> day of June, 2020.

DB1/ 112340759.1

| | |
|---|---|
| */s/ J. Courtney Cunningham* <br> J. Courtney Cunningham, Esq <br> J. Courtney Cunningham, PLLC <br> 8950 SW 74th Court, Suite 2201 <br> Miami, Florida  33156 <br> Tel:  305.351.2014 <br> Email:  cc@cunninghampllc.com <br><br> *Counsel for Plaintiff* | Respectfully submitted, <br><br> */s/ Beth S. Joseph* <br> Anne Marie Estevez <br>   Florida Bar No. 991694 <br>   Email: anne.estevez@morganlewis.com <br> Beth S. Joseph <br>   Florida Bar No. 0062952 <br>   Email: beth.joseph@morganlewis.com <br> Morgan, Lewis & Bockius LLP <br> 200 South Biscayne Boulevard <br> Suite 5300 <br> Miami, FL 33131-2339 <br> Telephone: 305.415.3330 <br> Facsimile: 877.432.9652 <br><br> *Counsel for Defendant* |